IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, | § | |
| In its individual and corporate capacities, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. 7:16-CV-103 |
| | § | |
| ELECTION ADMINISTRATOR | § | |
| RAFAEL R. MONTALVO, | § | |
| In his official capacity, | § | |
| Defendant | § | |
| | § | JURY TRIAL REQUESTED |

## <u>ORDER ON MOTION TO DISMISS</u>

BE IT REMEMBERED, that on the _____ day of _____, 2016, came on to be considered Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted ("Motion"), made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Court, having considered the Motion, the response and all pleadings on file in this case, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted is HEREBY GRANTED and all Plaintiff's claims brought against Defendant are HEREBY DISMISSED with prejudice.

SIGNED on _____, 20\_\_\_.


_____
UNITED STATES DISTRICT JUDGE