IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities, <br><br> *Plaintiff*, <br><br> v. <br><br> ELECTION ADMINISTRATOR RAFAEL R. MONTALVO, in his official capacity, <br> *Defendant*. | Civil Action No. 7:16-cv-00103 |

### [PROPOSED] ORDER ON DEFEDANT'S MOTION TO DISMISS

Upon consideration of Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted and all Memoranda of Law filed in support and opposition thereto; the Court is of the opinion that such Motion should be DENIED.

SIGNED on _____, 20___.

_____
Chief Judge Ricardo H. Hinojosa, U.S. District Court