# EXHIBIT A

## Texas A&M Forest Service issues winter outlook and fire safety tips

A wet winter may be in store, but the threat of wildfire still exists.

The current El Niño conditions drop the threat of wildfire to below normal, however Texas A&M Forest Service urges caution.

"Fireworks and outdoor fires are usually associated with this time of year," Jan Amen, fire prevention specialist said. "It's important to be careful, because one spark can cause a devastating fire."

Although much of the state received above normal rainfall — which suppressed fires for most of the year — the rain increased the amount of grass present, which can serve as fuel for a wildfire start.

"Awareness of this threat is a key safety concern for this winter," Tom Spencer, Predictive Services department head said.

Abundant fuels can increase fire size and make wildfire more difficult to control.

Spencer also said that even though the ground is wet, the grass above the ground can still catch fire which may spread quickly if conditions are windy.

Texas A&M Forest Service offers the following tips:
• Check for and obey burn bans and fireworks restrictions.
• Adhere to all county and city fireworks laws.
• Read firework labels and use only as instructed. Do not alter the products.
• Use fireworks only with adult supervision and only outdoors away from dry grass and buildings.
• Allow fireworks to cool completely before handling and discard them into a bucket of water.
• When and where outdoor burning is allowed, keep the fire small, never leave it unattended and remove leaves and other material from the area surrounding the fire. Avoid lighting piles on windy days.
• Keep water, wet towels and a garden hose nearby. A spark or burning ember can ignite dry, fine-textured fuels like grass and weeds.
• Burn paper and cardboard in a burn barrel or fire-proof receptacle topped by a metal screen or grill, as winds can carry embers over long distances.

The winter weather outlook is now available and daily fire danger outlooks can be found on the Predictive Services page.

## Public Notice
## Starr County
## Invitation for Bids

The County of Starr is requesting bids for furnishing all labor, materials, equipment, supervision and performance of all work required for the reconstruction and rehabilitation of single family residential homes. The following houses to be rehabilitated or reconstructed are:

238 Las Comas St, Rio Grande City, TX 78582
2351 E. Mark St., Roma, TX  78584

Project Type: Reservation System Participant,  RSP Agreement #2013-0046; Starr County Contract Number #1002269.

Bid Documents (Project Manual) may be obtained in person from Starr County Court House Annex at 100 N FM 3167 Rio Grande City, TX, between the hours of 8:00a.m. & 5:00p.m. Monday through Friday (excluding Holidays).  Bid packages are limited to one package per contractor. For further information contact Connie Cantu,  Project Manager at 716-4800.

Sealed Bids will be accepted by the Starr County Federal & State Programs Staff at Starr County Annex suite 220 at 100 N FM 3167 Rio Grande City, TX. Until 3:00 p.m. Thursday, January 14, 2016.  Bids not received prior to the date and time set forth above will not be accepted for consideration.  Starr County will consider the lowest responsible Bid.

Bids may be held by Starr County for a period not to exceed 90 days from the date of the bid opening for the purpose of reviewing the bids and investigating the bidder's qualifications prior to the contract award.

Pre-Bid conference will be held at Starr County Court house Annex 100 N. F.M. 3167 Rio Grande City, Texas 78582 at 10:00 a.m. Thursday,  January 7, 2016.  All Perspective Bidders are encouraged to attend.

All Bidders/Contractors must be registered with the Texas Residential Construction Commission.  Bidder/Contractor shall be an Equal Opportunity Firm and practice nondiscrimination.  All Bidders/Contractors must present proper documentation of capability, adequate staffing and experience to perform the tasks required. Starr County supports the submission of Bids from historically underutilized businesses.  All qualified Bidders will receive consideration for selection without regard to race, color, sex, religion, national origin, and handicap or as otherwise provided by applicable law.

## Red Ribbon Week activities



Starr County Sheriff's Sgt. Erasmo Rios and Communications Officer Valentin Cantu visit Grulla High School to spoke to students on the significance of the Red Ribbon Week Campaign which is held annually on the last week of October. Red Ribbon Week was established after the death of Drug Enforcement Administration Agent Enrique "Kiki" Camarena, and was created to take a stand against drugs. Sgt. Rios spoke candidly to a captivated audience of the students on the dangers of using drugs. "There is only one thing that you can control, and that is your life" said Rios as he encouraged students to take a stand to be drug free. (County of Starr Public Relations Office).

## Rio Grande City High School Marching Band Arrives in Style



The Mighty Rattler Band arrived November 4, 2015, at 5:00P.M. and were greeted by an entire community. Cars lined up along the side of the road on 755 while waiting for the busses to arrive. Once they got a view of the busses coming in, a police escort drove them around town as the local businesses cheered them on. The students were excited and some were even surprised. As they got to the high school they were greeted by their fellow classmates, teachers, and The Mighty Rattlers. The 3 Rattler teams (Freshmen, Junior Varsity, and Varsity) were there cheering them on with Coach Longoria and all his assistant coaches. CONGRATULATIONS RATTLER BAND!



# Will the DEAD VOTE in Starr County?

Starr County, Texas has more people registered to vote **than people alive.**

Tell elections director Rafael Montalvo to clean up their voter rolls before the next election.

Please leave a message TODAY at 716-4800 ext 4835.

Make sure your vote counts.

PAID FOR BY
The American Civil Rights Union

Learn more about what we're doing to clean up voter rolls at
**DefendElectionIntegrity.org**