# EXHIBIT B

TEXAS SECRETARY OF STATE

CARLOS H. CASCOS

**Election Outlook:** <u>Early voting</u> for the May 24, 2016 Primary Runoff Election runs Monday, May 16 – Friday, May 20 | <u>What's on the Ballot</u> | <u>Voter information</u> | <u>Find my polling place</u> | Don´t have a photo ID for voting? **<u>Election Identification Certificates</u>** are available from **<u>DPS offices</u>**.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Starr County Voter Registration Figures

| YEAR | Reg Voters | Voted | Voted % | Early Vote | EV % |
|------|-----------|-------|---------|-----------|------|
| 1988 | 15,732 | 8,211 | 52.19% | 1,642 | 20.00% |
| 1990 | 16,233 | 4,259 | 26.24% | 491 | 11.53% |
| 1992 | 17,030 | 9,258 | 54.36% | 3,737 | 40.37% |
| 1994 | 18,727 | 4,183 | 22.34% | 724 | 17.31% |
| 1996 | 21,843 | 7,260 | 33.24% | 962 | 13.25% |
| 1998 | 24,049 | 7,629 | 31.72% | 3,524 | 46.19% |
| 2000 | 25,984 | 8,464 | 32.57% | 1,839 | 21.73% |
| 2002 | 27,602 | 6,240 | 22.61% | 1,787 | 28.64% |
| 2004 | 28,268 | 9,781 | 34.60% | 3,228 | 33.00% |
| 2006 | 27,908 | 6,382 | 22.87% | 3,249 | 50.91% |
| 2008 | 27,474 | 9,792 | 35.64% | 3,925 | 14.29% |
| 2010 | 29,114 | 3,728 | 12.80% | 1,152 | 3.96% |
| 2012 | 30,627 | 11,864 | 38.74% | 7,295 | 23.82% |
| 2014 | 30,198 | 5,185 | 17.17% | 2,696 | 8.93% |