# Exhibit A

# Declaration of Susan A. Carleson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities,<br><br>*Plaintiff*,<br><br>v.<br><br>ELECTION ADMINISTRATOR RAFAEL R. MONTALVO, in his official capacity,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-cv-00103<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF SUSAN CARLESON

Pursuant to 28 U.S.C. § 1746, I Susan Carleson do hereby state:

1. That I am the President of the Plaintiff, American Civil Rights Union (ACRU).

2. That ACRU has members throughout Texas, including two members that reside within Starr County.

3. That according to my review of our membership records, ACRU has 65 members in Texas State House District 31, which includes Starr County.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 3, 2016

Susan A. Carleson
President
American Civil Rights Union

1