**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, ) | | |
| in its individual and corporate capacities, ) | | |
| ) | | |
| *Plaintiff*, ) | | |
| ) | | |
| v. ) | Civil Action No. 7:16-cv-00103 | |
| ) | | |
| ELECTION ADMINISTRATOR ) | | |
| RAFAEL R. MONTALVO, ) | | |
| in his official capacity, ) | | |
| *Defendant*. ) | | |
| ) | | |
| _____ ) | | |

**[PROPOSED] ORDER ON DEFEDANT'S FIRST AMENDED MOTION TO DISMISS**

Upon consideration of Defendant's First Amended Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted and all Memoranda of Law filed in support and opposition thereto; the Court is of the opinion that such Motion should be DENIED.

SIGNED on _____, 20___.

_____
Chief Judge Ricardo H. Hinojosa, U.S. District Court