IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, § <br> in its individual and corporate capacities, § <br> *Plaintiff*, § <br> § <br> v.  § <br> § <br> ELECTION ADMINISTRATOR § <br> RAFAEL R. MONTALVO, in his official § <br> capacity; and TEXAS SECRETARY OF § <br> STATE CARLOS H. CASCOS, in his § <br> official capacity, § <br> *Defendants.* § | Civil Action No. 7:16-CV-00103 |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court for consideration is Defendant Carlos H. Cascos' Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). Following review of Defendant's Motion, Plaintiff's response, and any other reply thereto, the Court is of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED and that Plaintiff's claims against Defendant are dismissed in their entirety.

SIGNED this _____ day of _____, 2016.

_____
HON. RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE