# ALLISON, BASS & MAGEE, L.L.P.

*Attorneys at Law*

**JAMES P. ALLISON**
j.allison@allison-bass.com

**ROBERT T. BASS**
r.bass@allison-bass.com

**J. ERIC MAGEE**
e.magee@allison-bass.com

**A. O. WATSON HOUSE**
**402 WEST 12TH STREET**
**AUSTIN, TEXAS 78701**
(512) 482-0701
FAX (512) 480-0902

**CARAH-BETH BASS**
c.bass@allison-bass.com

**PHILIP B. ARNOLD**
p.arnold@allison-bass.com

March 20, 2017

## VIA E-FILING

Honorable David J. Bradley
Clerk of Court
P. O. Box 5059
McAllen, TX 78501

> Re: *American Civil Rights Union v. Election Administrator Rafael R. Montalvo;* Civil Action No. 7:16-CV-00103 in the United States District Court Southern District

Dear Mr. Bradley:

This letter serves as notice that I will be on a scheduled family vacation from June 26, through June 30. In accordance with the Texas Lawyer's Creed, I am requesting that no hearings, trials, deadlines or other items be scheduled in this case during these dates or within three business days before and after these dates.

By copy of this letter, I am serving all counsel of record with this letter and requesting that they also comply with the aforementioned request.

Please let me know if you have any questions or comments. Thank you in advance for your continued courtesies.

Sincerely,

James P. Allison

JPA/jem

Clerk of the Court
March 20, 2017
P a g e | 2

cc:     Adam Bitter
            Adam.bitter@oag.state.gov
        Michael Abrams
            Michael.abrams@oag.state.gov
        *Attorneys for Defendant Carlos Cascos, in his official capacity as Texas*
        *Secretary of State*

        Eric Wiesehan
            wiesehanlaw@gmail.com
        H. Christopher Coates
            curriecoates@gmail.com
        J. Christian Adams
            adams@publicinterestlegal.org
        Kaylan L. Phillips
            kphillips@publicinterestlegal.org
        *Attorneys for Plaintiff*