IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, §<br>in its individual and corporate capacities §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>ELECTION ADMINISTRATOR §<br>RAFAEL R. MONTALVO, §<br>in his official capacity; and TEXAS SECRETARY §<br>OF STATE CARLOS CASCOS, in his official §<br>Capacity, §<br>    *Defendant*. § | Civil Action No. 7:16-cv-00103 |

## SUGGESTION OF DEATH AND MOTION TO ABATE

TO THE HONORABLE JUDGE OF THE COURT:

The attorney of record for Defendant Starr County Elections Administrator, Rafael R. Montalvo, files this Suggestion of Death and shows the Court:

1. Rafael Montalvo, Defendant, died on April 9, 2017. Mr. Montalvo was named in this case in his official capacity as Starr County Elections Administrator.

2. The position of county elections administrator is filled by appointment of the county election commission. A replacement Elections Administrator has not yet been appointed by the Starr County Election Commission.

3. These proceedings should be abated until a replacement Starr County Elections Administrator is named by the Starr County Elections Commission. *See* Fed. R. Civ. P. 25.

4. Currently, this case is set for a Status Conference on April 27, 2017. After conferring with opposing counsel no party is opposed to resetting the Status Conference for a later date.

WHEREFORE, Defendant requests these proceedings be abated until such time as a new party may be named and substituted as a party for Mr. Rafael Montalvo under Federal Rule of Civil Procedure 25(a).

Respectfully submitted,

James P. Allison
SBN: 01090000
j.allison@allison-bass.com

J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com

Philip B. Arnold
SBN: 24044710
p.arnold@allison-bass.com

**ALLISON, BASS & MAGEE, L.L.P.**
A.O. Watson House
402 W. 12th Street
Austin, Texas  78701
(512) 482-0701 *telephone*
(512) 480-0902 *facsimile*

*Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

Under Local Rule 7.1D(1), the movant has conferred with opposing counsel and no party is opposed to a resetting of the April 27 status conference.

Philip B. Arnold

**CERTIFICATE OF SERVICE**

    I certify that a copy of the Suggestion of Death and Motion to Abate was served via certified mail, return receipt requested and facsimile, to the following on this 20th day of April, 2017:

Adam Bitter
Adam.bitter@oag.state.gov
Michael Abrams
Michael.abrams@oag.state.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4055
Fax: (512) 320-0667
*Attorneys for Defendant Carlos Cascos,*
*in his official capacity as Texas Secretary of State*

Eric Wiesehan
Wiesehan Law Firm, PLLC
P.O. Box 72093
McAllen, Texas 78504
Tel: (956) 207-2795
Fax: (866) 311-5445
wiesehanlaw@gmail.com

H. Christopher Coates
Law Office of H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
Tel: (843) 609-7080
curriecoates@gmail.com

J. Christian Adams
Kaylan L. Phillips
Public Interest Legal Foundation
209 W. Main Street
Plainfield, Indiana 46168
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

                                                                      Philip B. Arnold