# EXHIBIT

# B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00103 |
| ELECTION ADMINISTRATOR JOHN RODRIGUEZ, in in his official capacity, and TEXAS SECRETARY OF STATE ROLANDO PABLOS, in his official capacity. | ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |
| _____ | ) | |

**Plaintiff's First Supplemental Responses to**
**Defendant Rodriguez's First Set of Interrogatories**

COMES NOW American Civil Rights Union, Plaintiff in the above-captioned case, and

makes its supplemental responses to Defendant Rodriguez's First Set of Interrogatories pursuant

to Federal Rules of Civil Procedure 26 and 33.

**INTERROGATORY NO. 6**

Identify all the voters registered to vote in Starr County from 2010 through 2016 who you
claim are/were not eligible to vote in the County.

OBJECTION: Plaintiff objects to Interrogatory No. 6 in so far as it is unduly burdensome and

overbroad. Plaintiff further objects to the extent the information requested is in the control of

Defendant Rodriguez.

1

Subject to and without waiving the above objection(s), and while reserving the right to supplement in accordance with the Federal Rules of Civil Procedure, Plaintiff answers as follows:

Plaintiff lacks present knowledge to respond to Interrogatory No. 6 until such time as Defendant provides requested documents related to registrants on the voter rolls.

SUPPLEMENT: Subject to and without waiving the above objection(s), and while reserving the right to supplement in accordance with the Federal Rules of Civil Procedure, Plaintiff answers as follows:

Plaintiff maintains that the information requested is in the control of Defendant Rodriguez. Publicly available data shows that Starr County previously did and continues to have more people registered to vote than eligible citizens in the county. *See* Declaration of Steven Camarota. Further, Plaintiff has identified multiple registrants that are likely deceased, duplicates, registered at the age of 16 or younger, or registered with "unavailable" residential addresses. *See* ACRU-000762-64. *See also*, Declaration of Donald Palmer. Further, documents produced by Defendant Rodriguez in discovery show myriad concerns about the eligibility of registrants who were permitted to remain on the Starr County voter roll. *See* D-00323-9501.

Dated: December 6, 2017

Eric Wiesehan SBN 24084094
Southern District Bar No.: 1690807
Wiesehan Law Firm, PLLC
P.O. Box 720938
McAllen, TX 78504
Tel: (956) 207-2795
Fax: (866) 311-5445
wiesehanlaw@gmail.com

J. Christian Adams*
Public Interest Legal Foundation
300 N. Washington Street, Ste. 405
Alexandria, VA 22314
(317) 203-5599
adams@publicinterestlegal.org

Kaylan L Phillips*
Noel H. Johnson*
Public Interest Legal Foundation
32 E. Washington Street
Suite 1675
Indianapolis, IN 46204
(317) 203-5599
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

*Admitted Pro Hac Vice

**VERIFICATION**

State of Tennessee

City of Nashville

  Before me, the undersigned Notary Public, on this day personally appeared Susan Carleson, who being first duly sworn on oath deposes and says that she has read the foregoing Supplemental Responses to Defendant Montalvo's First Set of Interrogatories, that she has personal knowledge of the facts stated in said Responses, and that they are true and correct.

_____
Susan Carleson

  SUBSCRIBED AND SWORN TO before me the undersigned Notary Public on this

6^TH____ day of December, 2017

_____
Notary Public, In and For the State of Tennessee

My Commission expires:

08-20-2019
_____

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I served the foregoing on counsel of record

below by electronic mail and U.S. Mail addressed as follows:

James P Allison
Eric Magee
Phillip Arnold
Allison Bass LLP
402 W 12th St
Austin, TX 78701
j.allison@allison-bass.com
e.magee@allison-bass.com
p.arnold@allison-bass.com
*Counsel for Defendant Rodriguez*

Adam N. Bitter
Michael R. Abrams
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
adam.bitter@oag.texas.gov
michael.abrams@oag.texas.gov
*Counsel for Defendant Pablos*

Kaylan L. Phillips
kphillips@publicinterestlegal.org
*Counsel for Plaintiff ACRU*

5