# EXHIBIT

# D

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        MCALLEN DIVISION

 3   AMERICAN CIVIL RIGHTS     )
     UNION, in its individual  )
 4   and corporate             )
     capacities,               )
 5        Plaintiff,           )
     vs.                       )  Civil Action No.
 6   ELECTION ADMINISTRATOR    )  7:16-CV-00103
     JOHN RODRIGUEZ, in his    )
 7   official capacity; and    )
     TEXAS SECRETARY OF STATE  )
 8   ROLANDO PABLOS, in his    )
     official capacity,        )
 9        Defendants.          )

10

11

12                      ORAL DEPOSITION OF

13                      BRIAN KEITH INGRAM

14                        December 4, 2017

15

16        ORAL DEPOSITION OF BRIAN KEITH INGRAM, produced

17   as a witness at the instance of the Defendants and duly

18   sworn, was taken in the above-styled and numbered cause

19   on December 4, 2017, from 10:04 a.m. to 12:23 p.m.,

20   before KATRINA FAITH WRIGHT, Certified Shorthand Reporter

21   in and for the State of Texas, reported by machine

22   shorthand, at 300 West 15th Street, 11th Floor, Austin,

23   Texas 78701, pursuant to the Federal Rules of Civil

24   Procedure and the provisions stated on the record or

25   attached hereto.
```

```
 1                        APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4           MR. J. CHRISTIAN ADAMS
             MR. NOEL JOHNSON
 5           PUBLIC INTEREST LEGAL FOUNDATION
             32 East Washington Street, Suite 1675
 6           Indianapolis, Indiana 46204
             317-203-5599
 7           adams@publicinterestlegal.org
             njohnson@publicinterestlegal.org
 8

 9   FOR TEXAS SECRETARY OF STATE:

10           MR. MICHAEL R. ABRAMS
             MR. ADAM BITTER
11           ASSISTANT ATTORNEY GENERAL
             300 West 15th Street, 11th Floor
12           Austin, Texas 78701
             512-463-2121
13           michael.abrams@oag.texas.gov
             adam.bitter@texasattorneygeneral.gov
14
     FOR DEFENDANT ELECTION ADMINISTRATOR
15   JOHN RODRIGUEZ:

16           MR. PHILIP ARNOLD
             ALLISON, BASS & MAGEE, LLP
17           A.O. Watson House
             402 West 12th Street
18           Austin, Texas 78701
             512-482-0701
19           p.arnold@allison-bass.com

20

21

22

23

24

25
```

                        STIPULATIONS

     The attorneys for all parties present stipulate and
agree to the following items:

     That the deposition of BRIAN KEITH INGRAM is being
taken pursuant to Notice;

     That the deposition is being taken pursuant to the
Federal Rules of Civil Procedure;

     That pursuant to FRCP Rule 30 (f) (1) that the
signature of the deponent was requested by the deponent
or a party before the completion of the deposition;

     That the witness or the witness' attorney will
return the signed transcript to the court reporter within
30 days of the date the transcript is provided to the
witness' attorney.  If not returned, the witness may be
deemed to have waived the right to make the changes, and
an unsigned copy may be used as though signed.

```
 1                          I N D E X

 2

 3

 4    WITNESS                                      EXAMINATION

 5    BRIAN KEITH INGRAM

 6    By Mr. Abrams                                          5

 7    By Mr. Adams                                         100

 8

 9

10                         E X H I B I T S

11

12

13    EXHIBIT NUMBERS                          PAGE MARKED FOR ID

14

15    Exhibit 1                                             33

16    Elizabeth Garza Voter Registration Certificate

17

18    Exhibit 2                                             75

19    Excel Spreadsheets of counties

20

21    Exhibit 3                                             81

22    Texas Election Code 13.002

23

24

25
```

1   purge of voter registration, that's what I have heard it

2   called.  Do you know what I mean when I talk about a

3   voter registration purge?

4       A.   Sure.

5       Q.   Could you tell me what you think of as the voter

6   registration purge?

7       A.   The purge is -- generally when you speak of that

8   is the thing that happens at the end of an even numbered

9   year.  After two federal election cycles, the suspense

10  voters who haven't voted are removed from the rolls,

11  canceled.

12      Q.   So that's the process of taking all the suspense

13  voters who are eligible to be canceled and canceling

14  them, correct?

15      A.   Right, changing them from S to C.

16      Q.   And does the -- for online counties, does the

17  Secretary of State perform that function of purging the

18  suspense voters?

19      A.   I think we were the ones that actually throw the

20  switch, but we have to make sure the county has done all

21  of their reports.  And so the most important report in

22  that regard is voters who voted.  If any of the voters on

23  suspense have voted, then they need to be off of the

24  suspense purged list.  You can send them another notice

25  of address confirmation and you can put them in suspense

CHANGES AND SIGNATURE

BRIAN KEITH INGRAM

DECEMBER 4, 2017

PAGE/LINE           CHANGE                                    REASON

  See attached page

| \multicolumn{4}{c}{Changes to Deposition of Brian Keith Ingram} |
|---|---|---|---|
| Page | Line | Change | Reason |
| 7 | 14 | Change "Richardon" to "Richardson" | transcription |
| 7 | 19 | Change "MacRea" to "MacRae" | transcription |
| 9 | 20 | Delete "of" from "school of law" | transcription |
| 26 | 14 | Change "no" to "yes" | Clarification |
| 26 | 19 | Change "I don't know that they would know that unless they ran across it and saw a C instead of an S or an A" to "SOS notifies the counties on their dashboard of cancellations so they can move their physical voter file to their inactive voter shelf." | Clarification |
| 27 | 4 | Change "I'm not sure how they would know that" to "They know that because we tell them." | Clarification |
| 27 | 8-10 | Change "So I don't know how they would know that in their paper files. There could be a report they could run. I don't know." to "They know that because we tell them. SOS notifies the counties on their dashboard of cancellations so they can move their physical voter file to their inactive voter shelf." | Clarification |
| 41 | 24 | Insert a "." after "together", and then insert "We had to" | Transcription |
| 42 | 15 | Change "it" to "up" | Transcription |
| 48 | 12 | Change "not not cancellations" to "not non-cancellations" | Clarity |
| 48 | 16 | Change "VR" to "NVRA" | transcription |
| 50 | 18 | Change "at" to "as" | transcription |
| 58 | 15 | Change "TEAM" to "team" (no caps) | transcription |
| 62 | 5 | Change "15th" to "2015" | transcription |
| 64 | 11 | Delete "We" from the start of sentence | transcription |
| 64 | 24 | Change "teams" to "TEAM" | transcription |
| 69 | 17 | Change "office support" to "Office of Court" | transcription |
| 93 | 23 | Change "Harris" to "Harrison" | transcription |

```
 1                        SIGNATURE
 2          I, BRIAN KEITH INGRAM, have read the foregoing
 3   deposition and hereby affix my signature that the same is
 4   true and correct, except as noted on the previous page.
 5
 6                  _BKJ_____
 7                            BRIAN KEITH INGRAM
 8   THE STATE OF  Texas    )
 9   COUNTY OF    Travis    )
10        Before me, Andria Perales , on this day personally
11   appeared BRIAN KEITH INGRAM, known to me (or proved to me
12   under oath or through   TX DL    ) (description of
13   identity card or other document) to be the person whose
14   name is subscribed to the foregoing instrument and
15   acknowledged to me that he executed the same for the
16   purposes and consideration therein expressed.
17        Given under my hand and seal of office this  22
18   day of  January , 20 18 .
19                       ANDRIA PERALES
                         Notary Public-State of Texas
20                       Notary ID #13122987-4
                         Commission Exp. JULY 27, 2021
21                       Notary without Bond
22                  Andria Perales
23                  NOTARY PUBLIC IN AND FOR
24                  THE STATE OF  Texas
25                  COMMISSION EXPIRES: July 27, 2021
```