IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, § | | |
| in its individual and corporate capacities, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | Civil Action No. 7:16-CV-00103 |
| § | | |
| ELECTION ADMINISTRATOR § | | |
| JOHN RODRIGUEZ, in his official § | | |
| capacity; and TEXAS SECRETARY OF § | | |
| STATE ROLANDO PABLOS, in his § | | |
| official capacity, § | | |
| *Defendants.* § | | |

**ORDER GRANTING DEFENDANT TEXAS SECRETARY OF STATE ROLANDO PABLOS'S MOTION FOR SUMMARY JUDGMENT**

Before the Court for consideration is Defendant Texas Secretary of State Rolando Pablos's Motion for Summary Judgment ("Motion"). Following a review of Defendant's Motion, Plaintiff's response, and any reply thereto, the Court is of the opinion that Defendant's Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Texas Secretary of State Rolando Pablos's Motion for Summary Judgment is hereby GRANTED, and all claims against Defendant Rolando Pablos are hereby DISMISSED WITH PREJUDICE.

SIGNED this _____ day of _____, 2018.

_____
HON. RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE