IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 7:16-CV-00103 |
| ELECTION ADMINISTRATOR JOHN RODRIGUEZ, in his official capacity; and TEXAS SECRETARY OF STATE ROLANDO PABLOS, in his official capacity, *Defendants*. | § § § § § § § | |

## ORDER GRANTING DEFENDANT RODRIGUEZ'S MOTION FOR SUMMARY JUDGMENT

On this day, the Court considered Defendant Rodriguez's Motion for Summary Judgement ("Motion"). Following a review of Defendant's Motion, Plaintiff's response, and any reply thereto, the Court is of the opinion that Defendant's Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Rodriguez's Motion for Summary Judgment is hereby GRANTED, and all claims against Defendant Rodriguez are hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED this _____ day of _____, 2018.

_____
HON. RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE