1    A.    Yes.  I was not present so I don't know.

2    Q.    Did Mr. Mashburn come back with my

3 documents from his trip to Starr County?

4    A.    No.

5    Q.    Do you know why Mr. Mashburn did not

6 return with any documents from Starr County?

7    A.    Mr. Montalvo said he had no intent to

8 cooperate with us.

9    Q.    Did you meet with Mr. Mashburn when he

10 returned from his trip to Starr County?

11    A.    We spoke on the phone.

12    Q.    What did you all talk about on the phone?

13    A.    Basically, that he made the trip.  He

14 wasn't getting a report.  He was no longer an

15 employee of us.  I had contracted with him.

16    Q.    Do you remember what Mr. Mashburn told

17 you on the telephone about his conversations with

18 Mr. Montalvo?

19    A.    Yes, that there was no cooperation

20 forthcoming.

21    Q.    Anything specific?  Did Mr. Montalvo say,

22 "No, I'm not giving you a single document"?

```
 1        Q.    What did Mr. Montalvo say when he called
 2   you?
 3        A.    He said that he didn't think that we were
 4   correct in our assessment of his voter rolls.
 5        Q.    Custody he say anything else?
 6        A.    I said, well, we were basing it on
 7   information that we had and that we would have
 8   someone come down and visit with him.
 9        Q.    Okay.  What did Mr. Montalvo respond to
10   that?
11        A.    Nothing.
12        Q.    That was the end of the conversation?
13        A.    That was the end of the conversation,
14   correct.
15        Q.    Was Mr. Montalvo rude or impolite on that
16   phone call?
17        A.    No.
18        Q.    Does the ACRU have any members in Starr
19   County?
20        A.    I believe we have one member who lives
21   within the ZIP code of Starr County.
22        Q.    Do you know who that member is?
```