**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 7:16-cv-00103 |
| ELECTION ADMINISTRATOR JOHN RODRIGUEZ, in his official capacity, and TEXAS SECRETARY OF STATE ROLANDO PABLOS, in his official capacity, | ) ) ) ) ) ) ) | |
| *Defendants* | ) | |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ | ) | |

## <u>JOINT MOTION TO CONTINUE STATUS CONFERENCE</u>

During the April 19, 2018 Pretrial Conference in the above-captioned case, the Court invited the parties to update the Court on the progress of settlement negotiations and, if needed, request to continue the upcoming status conference, presently set for June 27, 2018.

The parties are actively engaging in settlement negotiations. The parties are acting in good faith and believe a resolution is likely. The parties request additional time to work towards this resolution.

The parties respectfully request that the June 27, 2018 status conference be continued.

Respectfully submitted,

Eric Wiesehan
Wiesehan Law Firm, PLLC
P.O. Box 72093
McAllen, Texas 78504
Tel: (956) 207-2795
Fax: (866) 311-5445
wiesehanlaw@gmail.com

J. Christian Adams*
Public Interest Legal Foundation
1555 King Street
Suite 200
Alexandria, VA 22314
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@publicinterestlegal.org

Kenneth A. Klukowski
American Civil Rights Union
3213 Duke Street #625
Alexandria, VA 22314
Tel: (623) 261-9249

  _/s/ Kaylan L. Phillips_
Kaylan L. Phillips*
Noel H. Johnson*
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
kphillips@publicinterestlegal.org,
njohnson@publicinterestlegal.org

**Counsel for Plaintiff**
*Admitted Pro Hac Vice*

  _/s/ Philip Arnold (with permission)_
James P Allison
Eric Magee
Philip Arnold
Allison Bass LLP
402 W 12th St
Austin, TX 78701
Tel: (512) 482-0701
Fax: (512) 480-0902
j.allison@allison-bass.com
e.magee@allison-bass.com
p.arnold@allison-bass.com

**Counsel for Defendant
John Rodriguez, in his official capacity**

   _/s/ Michael R. Abrams (with permission)_
Adam N. Bitter
Tx. State Bar No. 24085070
S.D. ID No. 2167538
Michael R. Abrams
Tx. State Bar No. 24087072
S.D. ID No. 2513900
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4055
Fax: (512) 320-0667
adam.bitter@oag.texas.gov
michael.abrams@oag.texas.gov

**Counsel for Defendant
Rolando Pablos, in his official
capacity as Texas Secretary of State**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, I caused the foregoing to be filed with the

United States District Court for the Southern District of Texas via the Court's CM/ECF system,

which will serve all registered users.


Dated: June 18, 2018

_/s/ *Kaylan L. Phillips*_____
Kaylan L. Phillips
Public Interest Legal Foundation
32 E. Washington Street
Suite 1675
Indianapolis, IN 46204
(317) 203-5599
kphillips@publicinterestlegal.org