IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, <br> in its individual and corporate capacities <br> *Plaintiff*, <br> <br> v. <br> <br> ELECTION ADMINISTRATOR <br> JOHN RODRIGUEZ, in his official capacity; <br> and TEXAS SECRETARY OF STATE <br> ROLANDO PABLOS, in his official capacity, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:16-cv-00103 |

## JOINT MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and Defendants (the Parties) in the above styled cause file this Joint Motion to Dismiss the above cited cause and in support thereof respectfully show the Court as follows:

1. The Parties entered into a Settlement Agreement and Release on September 4, 2018 (Settlement Agreement), the terms of which are delineated in the Settlement Agreement.

2. The Parties negotiated in good faith, and hereby agree the Settlement Agreement is an appropriate resolution of the claims alleged in Plaintiff's complaint. As part of the Settlement Agreement, the Parties have agreed to seek dismissal of this case with prejudice against refiling of the same. Therefore, the Parties hereby jointly request that this case be dismissed with prejudice. Notwithstanding the foregoing, Plaintiff may bring an action to enforce the provisions of the Settlement Agreement.

3. Neither the Settlement Agreement nor this dismissal is an admission of liability by any Defendant, or by any current or former employee, agent, or representative of Defendant Rodriguez or Defendant Secretary of State.

4. The Parties agree to waive a hearing on this Motion, and stipulate that the provisions of the Settlement Agreement are appropriate in the settlement of this case.

5. The Parties will bear their own costs unless otherwise stated in the Settlement Agreement.

Respectfully submitted,

/s/ *Philip B. Arnold* (with permission)
James P. Allison
SBN 01090000
J. Eric Magee
SBN 24007585
Philip B. Arnold
SBN 24044710
ALLISON, BASS & MAGEE, L.L.P.
A.O. Watson House
402 W. 12th Street
Austin, Texas 78701
Tel: (512) 482-0701
Fax: (512) 480-0902
j.allison@allison-bass.com
e.magee@allison-bass.com
p.arnold@allison-bass.com
*Attorneys for Defendant Rodriguez,*
*In his official capacity*

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief - General Litigation Division

/s/   *Adam N. Bitter* (with permission)
ADAM N. BITTER
Tx. State Bar No. 24085070
Southern District of Texas No. 2167538
MICHAEL R. ABRAMS
Tx. State Bar No. 24087072
Southern District of Texas No. 2513900
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4055; Fax: (512) 320-0667
adam.bitter@oag.texas.gov
michael.abrams@oag.texas.gov
*Counsel for Defendant Rolando Pablos,*
*in his official capacity as Texas Secretary of State*

J. Christian Adams*
Public Interest Legal Foundation
1555 King Street, Suite 200
Alexandria, VA 22314
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@publicinterestlegal.org

 /s/ *Kaylan L. Phillips*
Kaylan L. Phillips*
Noel H. Johnson*
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

Eric Wiesehan
SBN 24084094
Wiesehan Law Firm, PLLC
P.O. Box 72093
McAllen, Texas 78504
Tel: (956) 207-2795
Fax: (866) 311-5445
wiesehanlaw@gmail.com

Kenneth A. Klukowski*
3213 Duke Street #625
Alexandria, Virginia 22314
Tel: (623) 261-9249
kklukowski@theacru.org
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff ACRU*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2018, I caused the foregoing to be filed with the United States District Court for the Southern District of Texas via the Court's CM/ECF system, which will serve all registered users.


Dated: September 5, 2018

                                           /s/  *Kaylan L. Phillips*
                                           Kaylan L Phillips
                                           *Counsel for Plaintiff ACRU*