United States District Court
Southern District of Texas
**ENTERED**
September 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities<br>*Plaintiff,*<br><br>v.<br><br>ELECTION ADMINISTRATOR JOHN RODRIGUEZ, in his official capacity; and TEXAS SECRETARY OF STATE ROLANDO PABLOS, in his official capacity,<br>*Defendants.* | § § § § § § § § § § § § | Civil Action No. 7:16-cv-00103 |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day came on to be heard the Joint Motion to Dismiss filed by the parties in this cause. After considering the motion the Court ORDERS as follows:

The parties have informed the Court that they have settled all claims in this case and entered into a Settlement Agreement.

IT IS THEREFORE ORDERED that the above styled case is dismissed with prejudice. However, Plaintiff may bring an action to enforce the provisions of the Settlement Agreement.

The parties shall bear their own costs unless otherwise stated in the Settlement Agreement

SIGNED this 7th day of September, 2018 at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE